1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORAIR MATOSSIAN,    ) | Case No. CV 10-8340 MRW |
| Plaintiff,    ) | |
| vs.    ) | JUDGMENT |
| MICHAEL J. ASTRUE,    ) | |
| Commissioner of Social Security,    ) | |
| Defendant.    ) | |
| _____    ) | |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED in part, VACATED in part, and REMANDED to the Social Security Administration for further proceedings consistent with the Court's Order.

DATE: August 24, 2011    _____

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE